PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00184-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JESUS LUNA, | DATE: June 9, 2022<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, a status conference was set for June 9, 2022.

2.  By this stipulation, defendant now moves to set a status conference for July 28, 2022, at 9:30 a.m., and to exclude time between June 9, 2022, and July 28, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes audio and video files, photographs, investigative reports and related documents, criminal history documents, and other paper documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  In light of this discovery, and based on counsel's own investigation concerning

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

the defendant's circumstances, counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to those charges, to obtain additional records related to this matter, to review and copy discovery for this matter, to inspect physical evidence seized and/or otherwise available concerning this matter, to discuss potential resolutions with her client, to consider and/or prepare pretrial motions, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 9, 2022 to July 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 8, 2022    PHILLIP A. TALBERT
　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　/s/ ALSTYN BENNETT
　　　　　　　　　　　　ALSTYN BENNETT
　　　　　　　　　　　　Assistant United States Attorney


Dated:  June 8, 2022    /s/ SHARI RUSK
　　　　　　　　　　　　SHARI RUSK
　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　JESUS LUNA


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of June, 2022.

　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　United States District Judge