1   PHILLIP A. TALBERT
United States Attorney
2   ALSTYN BENNETT
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-00184-TLN

12                        Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                  v.                       FINDINGS AND ORDER

14   ADAN MAYORAL, and JESUS LUNA,          COURT: Hon. Troy L. Nunley

15                        Defendants.

16

17                                   **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendants, by and

19   through defendants' counsel of record, hereby stipulate as follows:

20        1.        By previous order, the Court set a status conference in this matter for July 28, 2022.

21        2.        By this stipulation, defendants now move to continue the status conference until October

22   6, 2022, at 9:30 a.m., and to exclude time between July 28, 2022, and October 6, 2022, under Local

23   Code T4.

24        3.        The parties agree and stipulate, and request that the Court find the following:

25        a)        The government has represented that the discovery associated with this case

26   includes audio files, photographs, investigative reports and related documents, criminal history

27   documents, and other paper documents.  Initial discovery has been either produced directly to

28   counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

b)      The government has further made audio and video recordings available for in-office inspection.

c)      On June 9, 2022, the Court relieved attorney Mia Crager for defendant Adan Mayoral.  On June 17, 2022, the Court appointed attorney Ronald Peters for defendant Adan Mayoral.

d)      In light of the discovery, and based on both defendants' counsel's investigation concerning the defendants' circumstances, counsel for both defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to those charges, to obtain additional records related to this matter, to review and copy discovery for this matter, to inspect physical evidence seized and/or otherwise available concerning this matter, to discuss potential resolutions with their clients, to consider and/or prepare pretrial motions, and to otherwise prepare for trial.

e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2022 to October 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  July 26, 2022                                PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ ALSTYN BENNETT
                                                     ALSTYN BENNETT
                                                     Assistant United States Attorney


Dated:  July 26, 2022                                /s/ RONALD PETERS
                                                     RONALD PETERS
                                                     Counsel for Defendant
                                                     ADAN MAYORAL
                                                     (*via telephonic approval
                                                     7/26/2022*)


Dated:  July 26, 2022                                /s/ SHARI L. RUSK
                                                     SHARI L. RUSK
                                                     Counsel for Defendant
                                                     JESUS LUNA
                                                     (*via email approval 7/26/2022*)


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of July, 2022.


Troy L. Nunley
United States District Judge


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3