PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00184-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ADAN MAYORAL ET AL., | DATE: January 5, 2023
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, the Court set a status conference in this matter for January 5, 2023.

2. By this stipulation, defendants now move to continue the status conference until January 26, 2023, at 9:30 a.m., and to exclude time between January 5, 2023, and January 26, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes audio and video files, photographs, investigative reports and related documents, criminal history documents, and other paper documents. Initial discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     In light of the discovery, and based on both defendants' counsel's investigation concerning the defendants' circumstances, counsel for both defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to those charges, to obtain additional records related to this matter, to review and copy discovery for this matter, to inspect physical evidence seized and/or otherwise available concerning this matter, to discuss potential resolutions with their clients, to consider and/or prepare pretrial motions, and to otherwise prepare for trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 5, 2023 to January 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 30, 2022            PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ ALSTYN BENNETT
                                     ALSTYN BENNETT
                                     Assistant United States Attorney

Dated:  December 30, 2022            /s/ RONALD PETERS
                                     RONALD PETERS
                                     Counsel for Defendant
                                     ADAN MAYORAL

Dated:  December 30, 2022            /s/ SHARI L. RUSK
                                     SHARI L. RUSK
                                     Counsel for Defendant
                                     JESUS LUNA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of January, 2023.

Troy L. Nunley
United States District Judge